Opinion issued February 5, 2009






 




In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-00327-CR

____________


DANIEL DAVID WILKERSON, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 268th District Court 

Fort Bend County, Texas

Trial Court Cause No. 41934






MEMORANDUM OPINION

 Because appellant filed a motion requesting self-representation, we abated
this appeal and ordered a hearing in the trial court. The trial court conducted the
hearing on October 24, 2008, and the supplemental record of that hearing has been
filed in this Court. (1) At the hearing, appellant stated that he wished to withdraw this
appeal.

 Appellant has not filed a written motion to withdraw the appeal. See Tex.
R. App. P. 42.2(a). However, given appellant's expressed desire to forego pursuit of
his appeal, we conclude that good cause exists to suspend the operation of Rule
42.2(a) in this case in accordance with Rule 2. See Tex. R. App. P. 2. We have not
yet issued a decision. Accordingly, the appeal is dismissed. 

 Any pending motions are denied as moot.

 The clerk of this Court is directed to issue the mandate within 10 days. Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Keyes, and Higley.

Do not publish. Tex. R. App. P. 47.2(b).
1. The appeal was reinstated by separate order.